MONTEREY APARTMENTS, INC., Landlord, Appellant, *v.* JOHN E. BURT, Tenant, Respondent.■

Supreme Court, Appellate Term, First Department, December 6, 1944.

*Isidor Enselman* and *Asher Goldfard* for appellant.

*Frederick C. Sheel* for respondent.

MEMORANDUM *Per Curiam.* The violation filed pursuant to section 309 of the Multiple Dwelling Law by the Department of Housing and Buildings created a prima facie case for the landlord. It was error to dismiss the petition at the close of the landlord's case.

The final order should be reversed and a new trial ordered, with $30 costs to appellant to abide the event.

HAMMER, SHIENTAG and HECHT, JJ., concur.

Order reversed, etc.